LEW WALLACE, Appellant, *v.* OSWALD D. HECK, Individually and as Assemblyman and Speaker of the State Assembly of New York, et al., Respondents.

Submitted October 5, 1953; decided October 16, 1953.

*Nathaniel L. Goldstein, Attorney-General (Philip Watson* of counsel), for motion.

*Lew Wallace,* in person, opposed.

Motion granted and appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution, and upon the further ground that the questions involved on this appeal are other than questions as to the constitutional validity of a statute. (See Civ. Prac. Act, § 588, subd. 4.)